IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

BOBBY HARRIS,
MARTHA MORRISSETTE,
and JOYCE ARNOLD,

    PLAINTIFFS,

V.                                                              CIVIL ACTION NO.

JMC STEEL GROUP, INC.,                       1:15-cv-607-WS-C
for Energex Tube Division.

    DEFENDANT.

### FIFTH NOTICE OF FILING OF CONSENTS BY OPT-IN PLAINTIFFS

COMES NOW the Plaintiff in the above matter and files the Consent of the following individual as opt-in Plaintiffs in this action:

*Exhibit A*

Nicholas Case
Annette Johnson
Thomas Scott

                              Respectfully submitted,

                              /s/ David R. Arendall
                              _____
                              David R. Arendall, Counsel for Plaintiff

<u>OF COUNSEL:</u>
**ARENDALL & ARNOLD**
2018 Morris Avenue, Third Floor
Birmingham, AL  35203
205.252.1550 – Office
205.252.1556 – Facsimile