IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

BOBBY HARRIS,
MARTHA MORRISSETTE,
and JOYCE ARNOLD,

    PLAINTIFFS,

V.                                                    CIVIL ACTION NO.

JMC STEEL GROUP, INC.,        1:15-cv-607-WS-C
for Energex Tube Division.

    DEFENDANT.

## SIXTH NOTICE OF FILING OF CONSENTS BY OPT-IN PLAINTIFFS

COMES NOW the Plaintiff in the above matter and files the Consent of the following as opt-in Plaintiffs in this action:

*Exhibit A*

Donald E. Brown
Leroyic Dontrell Grayson
Jacob Grimes

                                        Respectfully submitted,

                                        */s/ David R. Arendall*
                                        _____
                                        David R. Arendall, Counsel for Plaintiff

OF COUNSEL:
**ARENDALL & ARNOLD**
2018 Morris Avenue, Third Floor
Birmingham, AL   35203
205.252.1550 – Office
205.252.1556 – Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

J. Richard Carrigan, Esq.
M. Tae Phillips, Esq.
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
420 20th Street North, Suite 1900
Birmingham, Alabama 35203

richard.carrigan@ogletreedeakins.com
tae.phillips@ogletreedeakins.com

/s/ David R. Arendall
_____
David R. Arendall, Counsel for Plaintiff

2