IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

BOBBY HARRIS,
MARTHA MORRISSETTE,
and JOYCE ARNOLD,

    PLAINTIFFS,

V.                                                          CIVIL ACTION NO.

JMC STEEL GROUP, INC.,                   1:15-cv-607-WS-C
for Energex Tube Division.

    DEFENDANT.

## SEVENTH NOTICE OF FILING OF CONSENTS BY OPT-IN PLAINTIFFS

COMES NOW the Plaintiff in the above matter and files the Consent of the following as opt-in Plaintiffs in this action:

*Exhibit A*

| | | |
|---|---|---|
| Thomas L. Allen | Gerald Jerome Huff | Robert Jeffrey Roberts |
| Jayme Ballard | Derek B. Lucy | Curlee Spencer, III |
| Benjamin W. Barber | Tyrone McCall | Mark T. Sutton |
| Jamisaca Bettis | Derick Morrissette | Sandra Tarver |
| Nathaniel Brooks | John Parker | Brandon E. Turner |
| Jamar Carson | Tracy Pettany | Leanettia Washington |
| Mya Cowan | Wesley Scott Petty | Robert B. Waters |
| Bruce H. Etheridge | Emma Raine | Chad Welch |
| Anthony E. Grayson | Bryan Richardson | David Corey West |
| Escous J. Hawthorne | Jerry Don Roberts | |

1

        Respectfully submitted,

        /s/ David R. Arendall
        _____
        David R. Arendall, Counsel for Plaintiff

OF COUNSEL:
**ARENDALL & ARNOLD**
2018 Morris Avenue, Third Floor
Birmingham, AL   35203
205.252.1550 – Office
205.252.1556 – Facsimile

## CERTIFICATE OF SERVICE

      I hereby certify that on February 2, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

J. Richard Carrigan, Esq.
M. Tae Phillips, Esq.
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
420 20th Street North, Suite 1900
Birmingham, Alabama 35203

richard.carrigan@ogletreedeakins.com
tae.phillips@ogletreedeakins.com

        /s/ David R. Arendall
        _____
        David R. Arendall, Counsel for Plaintiff