IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BOBBY HARRIS, MARTHA MORRISSETTE, and JOYCE ARNOLD, ) ) ) ) Plaintiffs, ) v. ) ) JMC STEEL GROUP, INC., ) ) Defendant. ) | CIVIL ACTION NUMBER: 1:15-cv-00607-WS-C |

## DEFENDANT'S UNOPPOSED MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant JMC Steel Group, Inc. ("JMC Steel"), pursuant to Fed. R. Civ. P. 56, respectfully moves the Court to enter an Order granting partial summary judgment in its favor and dismissing the following 31 opt-in plaintiffs from this Fair Labor Standards Act ("FLSA") Collective Action: (1) Eddie Adams, (2) Freddie L. Andrews, (3) Michael Dale Barnwell, (4) Timothy Bates, (5) Anthony G. Bettis, (6) Joseph Boykins, (7) Max D. Bryant, (8) Keithen Campbell, (9) Renada Coston, (10) Travis Cowan, (11) Demarious K. Dock, (12) Kenric Dotson, (13) Andrew Ezell, (14) John E. Hudson, (15) Gerald Jerome Huff, (16) Shante Hunt, (17) Barry Hurd, (18) James Gates, (19) Brooks M. Jackson, (20) Brooks Jackson, Jr.,[1] (21) Minnie L. Kimbrough, (22) Joshua Keith Knight, (23) Anthony

---

[1] Brooks M. Jackson and Brooks Jackson, Jr. are believed to be the same person.

Lett, (24) Joe H. Martin, Jr., (25) Damien McCaskey, (26) Angela Scott, (27) Frederick Steele, (28) John Derrick Sullivan, (29) Jarrett Taylor, (30) Debra B. Thomas, and (31) Ivory J. Williams (collectively, the "Opt-In Plaintiffs").

In support of its motion, JMC Steel states as follows:

1. The foregoing Opt-In Plaintiffs are subject to dismissal from this action on various grounds: (1) 25 Opt-In Plaintiffs fall outside the relevant, temporal scope of this matter, as agreed-upon by the parties and as established by the Court, (2) Three Opt-In Plaintiffs did not or do not have standing to assert their claims because they filed Chapter 7 bankruptcy petitions and/or are judicially estopped from asserting these claims because of their failure to disclose their pending Chapter 7 bankruptcies to the bankruptcy court, (3) Two Opt-In Plaintiffs did not work for JMC Steel, and (4) One Opt-In Plaintiff did not work any hours within the relevant, temporal scope of this matter.

2. JMC Steel's Unopposed Motion for Partial Summary Judgment is further supported by JMC Steel's Brief in Support of Unopposed Motion for Partial Summary Judgment and JMC Steel's Evidentiary Submission in Support of Unopposed Motion for Partial Summary Judgment.

3. For each of these reasons, and as set forth in greater detail in JMC Steel's supporting brief, JMC Steel is entitled to partial summary judgment and the Court should dismiss the Opt-In Plaintiffs referenced herein.

JMC Steel respectfully requests the Court grant this Unopposed Motion for Partial Summary Judgment and enter the attached Proposed Order of Judgment (attached hereto as <u>Exhibit A</u>) granting partial summary judgment in favor of JMC Steel and dismissing the Opt-In Plaintiffs, and providing such other and additional relief the Court deems appropriate.

        Respectfully submitted,

/s/ M. Tae Phillips
J. Richard Carrigan (ASB-9760-R54J)
M. Tae Phillips (ASB-6565-W74P)
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
420 20th Street North, Suite 1900
Birmingham, Alabama 35203
Telephone: (205) 328-1900
Facsimile: (205) 328-6000
richard.carrigan@ogletreedeakins.com
tae.phillips@ogletreedeakins.com

***Attorneys for JMC Steel Group, Inc.***

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2017, I served a copy of the foregoing with the Clerk of Court using the CM/ECF System, which will send notification to the following counsel of record:

David R. Arendall
ARENDALL & ARNOLD
2018 Morris Avenue, Third Floor
Birmingham, Alabama 35203

Allen D. Arnold
FONTENEAU & ARNOLD
2151 Highland Avenue South, Suite 110
Birmingham, Alabama 35205

/s/ M. Tae Phillips
Of Counsel

27827037.1

EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BOBBY HARRIS, MARTHA MORRISSETTE, and JOYCE ARNOLD, | ) ) ) ) | |
| Plaintiffs, | ) | CIVIL ACTION NUMBER: |
| v. | ) ) | 1:15-cv-00607-WS-C |
| JMC STEEL GROUP, INC., | ) ) | |
| Defendant. | ) | |

## PROPOSED ORDER

This case is before the Court on the Unopposed Motion for Partial Summary Judgment filed by JMC Steel Group, Inc. Plaintiffs Bobby Harris, Martha Morrissette, and Joyce Arnold assert Defendant violated the Fair Labor Standards Act of 1938, as amended, by failing to pay them overtime compensation for all hours worked over 40 in a work week. Following conditional certification of this matter as a collective action, approximately 250 opt-in plaintiffs submitted consent forms to opt into this action.

Defendant asserts it is entitled to summary judgment in its favor with respect to 31 Opt-In Plaintiffs: (1) Eddie Adams, (2) Freddie L. Andrews, (3) Michael Dale Barnwell, (4) Timothy Bates, (5) Anthony G. Bettis, (6) Joseph Boykins, (7) Max D. Bryant, (8) Keithen Campbell, (9) Renada Coston, (10) Travis Cowan,

(11) Demarious K. Dock, (12) Kenric Dotson, (13) Andrew Ezell, (14) John E. Hudson, (15) Gerald Jerome Huff, (16) Shante Hunt, (17) Barry Hurd, (18) James Gates, (19) Brooks M. Jackson, (20) Brooks Jackson, Jr., (21) Minnie L. Kimbrough, (22) Joshua Keith Knight, (23) Anthony Lett, (24) Joe H. Martin, Jr., (25) Damien McCaskey, (26) Angela Scott, (27) Frederick Steele, (28) John Derrick Sullivan, (29) Jarrett Taylor, (30) Debra B. Thomas, and (31) Ivory J. Williams (collectively, the "Opt-In Plaintiffs").

Specifically, JMC Steel contends the foregoing 31 Opt-In Plaintiffs are subject to dismissal from this action on various grounds: (1) 25 Opt-In Plaintiffs fall outside the relevant, temporal scope of this matter, as agreed-upon by the parties and as established by the Court, (2) Three Opt-In Plaintiffs did not or do not have standing to assert their claims because they filed Chapter 7 bankruptcy petitions and/or are judicially estopped from asserting these claims because of their failure to disclose their pending Chapter 7 bankruptcies to the bankruptcy court, (3) Two Opt-In Plaintiffs did not work for JMC Steel, and (4) One Opt-In Plaintiff did not work any hours within the relevant, temporal scope of this matter.

Upon consideration of Defendant's Unopposed Motion for Partial Summary Judgment, Brief in Support of Unopposed Motion for Partial Summary Judgment, and Evidentiary Submission filed in support thereof, and for the reasons stated in the Court's Undisputed Findings of Fact and Conclusions of Law, the Court

**ORDERS** that Defendant's Motion for Partial Summary Judgment is **GRANTED** and that all claims against Defendant by the 31 Opt-In Plaintiffs referenced herein are **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** this \_\_\_ day of _____, 2017.

/s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE