# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BOBBY HARRIS, MARTHA MORRISSETTE, and JOYCE ARNOLD, )<br><br>Plaintiffs, )<br>v. )<br>JMC STEEL GROUP, INC., )<br>Defendant. ) | CIVIL ACTION NUMBER:<br>1:15-cv-00607-WS-C |

## DEFENDANT'S EVIDENTIARY SUBMISSION IN SUPPORT OF UNOPPOSED MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant JMC Steel Group, Inc. ("JMC Steel") respectfully submits the following evidence in support of its Unopposed Motion for Partial Summary Judgment:

Tab

**A**  Declaration of Alexandra Buchanan and Exhibits 1-5 attached thereto

**B**  Bankruptcy Petition and Docket Entry for Eddie Adams, In re Eddie Floyd Adams, in the United States Bankruptcy Court for the Southern District of Alabama, Petition #: 16-02216

**C**  Bankruptcy Petition and Docket Entry for Gerald Jerome Huff, In re Gerald J. Huff, in the United States Bankruptcy Court for the Southern District of Alabama, Petition #: 15-03447

**D**  Bankruptcy Petition and Docket Entry for Joshua Keith Knight, In re Joshua K. Knight, in the United States Bankruptcy Court for the Southern District of Alabama, Petition #: 16-01411

Respectfully submitted,

/s/ M. Tae Phillips
J. Richard Carrigan (ASB-9760-R54J)
M. Tae Phillips (ASB-6565-W74P)
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
420 20th Street North, Suite 1900
Birmingham, Alabama 35203
Telephone: (205) 328-1900
Facsimile: (205) 328-6000
richard.carrigan@ogletreedeakins.com
tae.phillips@ogletreedeakins.com

***Attorneys for JMC Steel Group, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2017, I served a copy of the foregoing with the Clerk of Court using the CM/ECF System, which will send notification to the following counsel of record:

David R. Arendall
ARENDALL & ARNOLD
2018 Morris Avenue, Third Floor
Birmingham, Alabama 35203

Allen D. Arnold
FONTENEAU & ARNOLD
2151 Highland Avenue South, Suite 110
Birmingham, Alabama 35205

/s/ M. Tae Phillips
Of Counsel