IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BOBBY HARRIS,** *et al.*, | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| v. | )    **CIVIL ACTION 15-0607-WS-C** |
| | ) |
| **JMC STEEL GROUP, INC.,** | ) |
| | ) |
|     **Defendant.** | ) |

**STIPULATED FINAL JUDGMENT**

In accordance with the separate Order entered on this date, approving the parties' settlement under the Fair Labor Standards Act, it is **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** be, and the same hereby is, entered in favor of plaintiffs and against defendant, JMC Steel Group, Inc., in the total amount of **$405,863.18**, consisting of $394,863.18 in damages payments and $11,000 in incentive payments to the named plaintiffs.  It is further **ORDERED, ADJUDGED** and **DECREED** that this sum is to be allocated to and among the plaintiffs in the manner described in the separate Order entered on this date.  It is further **ORDERED, ADJUDGED** and **DECREED** that defendants must pay plaintiffs' attorney's fees and costs in the sum of **$128,000.00**.

    DONE and ORDERED this 30th day of March, 2017.

                                                  s/ WILLIAM H. STEELE
                                                  UNITED STATES DISTRICT JUDGE